IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN DEWON COHNS                                                                    PLAINTIFF

v.                                    Case No. 4:25-cv-4072

JAIL ADMINISTRATOR RAMI COX,
Lafayette County Detention Center;
SHERIFF JEFF BLACK,
Lafayette County Detention Center; and
ROYCE BENNETT[1],
Lafayette County Detention Center                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on September 26, 2025, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 11.  Judge Bryant recommends that Plaintiff's claim against Defendants Rami Cox,

Royce Bennett, and Sheriff Jeff Black in their individual capacities for removing the front and

back cover of his Bible (Claim Two) be dismissed without prejudice.  Judge Bryant further

recommends that Plaintiff's claim against Defendants Cox and Black in their individual capacities

for failing to provide him with constitutionally adequate medical care for his tooth (Claim One)

remain for further litigation.

No party has filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and

Recommendation (ECF No. 11) *in toto.*  Accordingly, Plaintiff's claim against Defendants Rami

Cox, Royce Bennett, and Sheriff Jeff Black in their individual capacities for removing the front

and back cover of his Bible (Claim Two) is **DISMISSED WITHOUT PREJUDICE**.  Further,

---

[1]The Court notes that Defendant Royce Bennett is not listed as a Defendant in the case caption of the amended complaint, but he is listed in the body of the amended complaint as a defendant.  ECF No. 8, p. 6.

Plaintiff's claim against Defendants Cox and Black in their individual capacities for failing to provide him with constitutionally adequate medical care for his tooth (Claim One) remains for further litigation.

**IT IS SO ORDERED**, this 10th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge