IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN DEWON COHNS PLAINTIFF

v. Case No. 4:25-cv-4072

JAIL ADMINISTRATOR RAMI COX,
Lafayette County Detention Center; and
SHERIFF JEFF BLACK,
Lafayette County Detention Center DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation (ECF No. 35) filed September 8, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Judge Singleton recommends that this case be dismissed with prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 35), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 35) *in toto.* This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge